## Commonwealth ex rel. Paetzer *v.* Paetzer, Appellant.

Argued December 4, 1973. *David H. Kubert,* for appellant; *Daniel Quinlan,* for appellee.

Order affirmed.

SPAULDING, J., absent.